Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Neriza Lopez

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Neriza Lopez<br><br>          Plaintiff<br><br>     v.<br><br>Advance America, Cash Advance Centers of California, LLC<br><br>          Defendants. | Case No.: 2:20-cv-06087-FMO-RAO<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT ADVANCE AMERICA, CASH ADVANCE CENTERS OF CALIFORNIA, LLC |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

    **PLEASE TAKE NOTICE THAT** plaintiff Neriza Lopez and defendant Advance America, Cash Advance Centers of California, LLC, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  Plaintiff anticipates filing 1) a stipulation to set aside the Clerk's entry of default (Dk. No. 14), and 2) a stipulation to dismiss Defendant Advance America, Cash Advance Centers of California, LLC, within 15 of this notice.

Dated: August 25, 2020

                                                   **Gale, Angelo, Johnson, & Pruett, P.C.**
                                                   /s/ *Joe Angelo*
                                                   Joe Angelo
                                                   Attorney for Plaintiff